**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Wells Fargo Bank, N.A., | ) | CIVIL CASE NO. 0:11-cv-3267 DSD/FLN |
| | ) | |
| | ) | **ANSWER OF RESPONDENT** |
| Petitioner, | ) | **LAURIE HAYES** |
| v. | ) | |
| Laurie A. Hayes, USAA Federal Savings Bank, United States of America, et al., | ) | |
| Respondents. | ) | |

Now comes the Respondent Laurie Hayes (hereinafter 'Respondent Hayes'), by her attorney Eric Johnson, and for her Answer denies all matters alleged in the Petition except as specifically admitted herein.

1. Denies the allegations of paragraph 1 for lack of sufficient information.
2. Denies the allegations of paragraph 2 for lack of sufficient information.
3. Denies the allegations of paragraph 3 (including a. through d.) for lack of sufficient information.
4. Denies the allegations of paragraph 4 for lack of sufficient information.
5. Admits that Respondent Hayes is currently the fee owner of the property at issue; denies the remainder of the allegations of paragraph 5 for lack of sufficient information.
6. Denies the allegations of Paragraph 6 (including a. and b. and the flush language thereafter) for lack of sufficient information.
7. Denies the allegations of Paragraph 7 for lack of sufficient information.
8. Denies the allegations of Paragraph 8 for lack of sufficient information.
9. Denies the allegations of Paragraph 9 for lack of sufficient information.

10. Denies the allegations of Paragraph 10 first sentence. Denies the allegations of Paragraph 10 second sentence for lack of sufficient information. Denies the allegations of Paragraph 10 third sentence.

11. Denies the allegations of Paragraph 11.

12. Denies the allegations of Paragraph 12.

Respondent Hayes further alleges that she has a substantial financial interest in the outcome of this case, and specifically that she benefits financially if and to the extent the tax lien at issue is recognized or found to have priority over the Petitioner's interests in the property.

Wherefore, Respondent Hayes prays for the following relief:

1. that the relief sought by the Petitioner in this case be in all respects denied,

2. that this Court recognize and find that the tax lien at issue has priority in the property at issue over the interests of the Petitioner,

3. that this Court ensure that any amounts paid by the Petitioner as a settlement to the Respondent United States are properly credited by the Respondent United States to Respondent Hayes' federal tax obligations,

4. and that this Court provide any further relief to Respondent Hayes as is just and proper.

November 22, 2011

Respectfully submitted,

/s/ Eric Johnson
Attorney for Respondent Laurie Hayes
Federal Bar ID 263333
26 E. Exchange Street, Suite 401
St. Paul, MN 55101
phone: 651-224-6638
fax: 651-224-1043
eric.johnson@johnsontaxlaw.com