AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Wells Fargo Bank, N.A.,

        Petitioner,

  V.

Laurie A. Hayes, USAA Federal Savings
Bank, United States of America, and Parties
in Possession of the Premesis,

        Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number:  11-3267 DSD/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The motion for summary judgment [ECF No. 13] is granted;
2. It is adjudicated, decreed and declared that the mortgage given to Wells Fargo Bank, N.A., filed June 18, 2010, as Washington County Registrar of Titles Document No. 1199564, is subrogated to the position of the prior mortgage filed August 15, 2005, as Washington County Recorder
Document No. 1160405; and
3. It is adjudicated, decreed and declared that the mortgage given to Wells  Fargo Bank, N.A., filed June 18, 2010, as Washington County Registrar of Titles Document No. 1199564, is prior and superior to the tax lien in favor of the United States of America – Internal Revenue Service, recorded May 26, 2010, as Washington County Recorder Document No. 3792968.

| June 29, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ J. Zuech |
| | (By)        J. Zuech   Deputy Clerk |