UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wells Fargo Bank, N.A.,                                  Civil No.  11-3267  DSD/FLN

                Petitioner,

vs.                                                 **STIPULATION TO REMAND ACTION**

Laurie A. Hayes, USAA Federal Savings
Bank, United States of America, et al.,

                Defendant.

---

      **THE PARTIES,** by their respective counsel, hereby stipulate and agree to Wells Fargo Bank, N.A.'s  ("Wells Fargo") request that the above action, removed to this Court by United States of America, shall be remanded to the District Court of the Tenth Judicial District, County of Washington, State of Minnesota, Court File No. 82-CV-11-5126.

STIPULATED AND AGREED:

Dated: July 11, 2012                                B. TODD JONES
                                                             United States Attorney

                                                             s/  David W. Fuller
                                                             BY: DAVID W. FULLER
                                                             Assistant United States Attorney
                                                            Attorney ID No. 390922
                                                            Email: david.fuller@usdoj.gov
                                                            600 United States Courthouse
                                                            300 South Fourth Street
                                                             Minneapolis, MN 55415
                                                             (612) 664-5600

                                                             Attorneys for the Respondent
                                                             United States of America (United States
                                                             Department of Treasury - Internal
                                                             Revenue Service)

| | |
|---|---|
| Dated: July 16, 2012 | s/  Matthew A. Anderson<br>BY:  Matthew A. Anderson<br>Attorney ID No. 284257<br>Email: maa@mcmlaw.com<br>MACKALL, CROUNSE & MOORE, PLC<br>1400 AT&T Tower<br>901 Marquette Avenue<br>Minneapolis, MN 55402<br>(612) 305-1400<br><br>Attorney for Petitioner<br>Wells Fargo Bank, N.A. |
| Dated: 7/10/12, 2012 | s/  Eric Johnson<br>BY:  Eric Johnson<br>Attorney ID No. 263333<br>E-mail:  eric.johnson@johnsontaxlaw.com<br>U.S. Bank Building<br>101 E. Fifth Street, Suite 910<br>St. Paul, MN 55101<br>(651) 224-6638<br><br>Attorney for Respondent Laurie Hayes |

2766714.1-MAA