UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wells Fargo Bank, N.A.,                                              Civil No.  11-3267  DSD/FLN

Petitioner,

vs.                                                      **ORDER TO REMAND ACTION**

Laurie A. Hayes, USAA Federal Savings
Bank, United States of America, et al.,

Defendant.

---

Based upon the Stipulation of the parties, by their respective counsel, the above action, removed to this Court by United States of America, shall be and hereby is remanded to the District Court of the Tenth Judicial District, County of Washington, State of Minnesota, Court File No. 82-CV-11-5126.


DATED:  July 16, 2012            s/David S. Doty
                                 David S. Doty, Judge
                                 U.S. District Court

1